Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

_____ Division

RECEIVED
OCT 11 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


FILED
11/20/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Robert Raymond Briggs

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mark T. Schneid- Pedro Soler
David Sigale- Barbara Briggs
Juan R. Gonzalez- Alicia M. Santos

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ✔ Yes ☐ No

1:19-cv-06746
Judge John Robert Blakey
Magistrate Judge Jeffrey T. Gilbert

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Raymond Briggs |
| Street Address | 187 North Route 83 |
| City and County | Elmhurst  Du Page |
| State and Zip Code | Illinois 60126 |
| Telephone Number | 630 834 5526 |
| E-mail Address | Bobbyray650@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Mark T Schneid   Law offices of Mathys & Schneid |
| Job or Title *(if known)* | |
| Street Address | 1730 Park Street |
| City and County | Naperville   DuPage |
| State and Zip Code | Illinois 60563 |
| Telephone Number | 630 848 9294 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | David Sigale  Law firm of David Sigale,P.C. |
| Job or Title *(if known)* | |
| Street Address | 799 Roosevelt Road building 3 Suite 207 |
| City and County | Glen Ellyn   DuPage |
| State and Zip Code | Illinois 60137 |
| Telephone Number | 6304524547 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Pedro F. Soler     LLC Pedro Soler ESQ. |
| Job or Title *(if known)* | |
| Street Address | 1357 Ashford Avenue, PMB106 |
| City and County | San Juan   Puerto Rico |
| State and Zip Code | Puerto Rico  00923 |
| Telephone Number | 787 963 0548 / 787-774-6522 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Juan Rafael Gonzalez  Gonzalez Munoz Law offices,P.S.C. |
| Job or Title *(if known)* | |
| Street Address | 2610Tetun Street 2nd floor |
| City and County | San Juan |
| State and Zip Code | Puerto Rico 00902 |
| Telephone Number | 787 766 5052 |
| E-mail Address *(if known)* | |

B. The Defendants

1. Ailsia M. Santos Irizarry
 LCDA Alicia M. Santos Irizarry
802 Avenue San Patricio URB Las Lomas
San Juan, PR 00923
Her husband JOHN DOE and the conjugal partnership formed between them

2. Barbara Briggs
Barbara Briggs esq
 912 Winding Lane
Media PA 19063
Her husband JOHN DOE and the conjugal partnership formed between them

3. Juan Rafael Gonzalez
Juan Rafael Gonzalez  Gonzalez Munoz Law P.S.C.
261 Tetuan Street 2nd Floor
San Juan PR 00902
His wife JANE DOE and the conjugal partnership formed between them

4. Pedro F. Soler
Pedro F. Soler  Pedro Soler Law
1357 Ashford,PMB106
San Juan PR 00923
His wife JANE DOE and the conjugal partnership formed between them

5. David Sigale
David Sigale   Law Firm of David Sigale, P.C.
799 Roosevelt Road Building 3 Suite 207
Glen Ellyn, Il 60137
His wife JANE DOE and the conjugal partnership formed between them

6. Mark T. Schneid
Mark T. Schneid   Law offices of Mathys & Schneid
1730 Park Street
Naperville Il 60563
His wife JANE DOE and the conjugal partnership formed between them

Companies A-Z;PETER POE; and MARY MOE

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I would like to know if I can file suit against all the defendants from various jurisdiction for the same damages in the same court. And if I can hold them "IN SOLIDO". I can anticipate each defendant will argue the other is responsible for my damages. On the advise of a Illinois attorney I filed suit in Puerto Rico.(case #19-cv-1072 JAG) The Puerto Rican court appointed attorney informed me I could not file suit against the Illinois attorneys in Puerto Rico(federal court)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Robert R. Briggs, is a citizen of the State of *(name)* Illinois.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Pedro F Soler, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* Puerto Rico.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* Pedro Soler Law , is incorporated under the laws of the State of *(name)*     , and has its principal place of business in the State of *(name)*     .
Or is incorporated under the laws of *(foreign nation)* Puerto Rico ,
and has its principal place of business in *(name)*     .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

5,000,000.00 insufficient settlement/award

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

5,000,000.00

## III. CLAIM FOR RELIEF

Count 1. Failed to properly advise me of the joint and several laws in Puerto Rico.
Count 2. Failed to name Centro Medical, or Puerto Rico Medical Center in the complaint.
Count 3. Failed to name the dive charter operator Island Scuba, and the vessel owner in the complaint under Puerto Rican law.
Count 4. Failed to file a claim against the vessel owner(s) and the dive shop under General Maritime Law
Count 5. Failed to name the Illinois hospitals, including Lutheran General, and Elmhurst Hospital in the complaint.
Count 7. Breach of contract
Count 8. Negligence

5,000,000.00

## IV. PRAY FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:
1. For compensatory damages for medical costs and expenses, for past, present, and future in excess of 2,500,000.00
2. For general damages for past, present, and future pain and suffering, and other damages in excess of 2,500,000.00
3. For interest at the statutory rate; and
4. For such other and future relief as this court deems just and equitable.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/07/2019

Signature of Plaintiff: *Robert Briggs*
Printed Name of Plaintiff: Robert Briggs

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address