UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Robert Raymond Briggs
                Plaintiff,

v.                                    Case No.: 1:19−cv−06746
                                                        Honorable John Robert Blakey

Mark T Schneid, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2020:

      MINUTE entry before the Honorable John Robert Blakey: The 7/9/20 status hearing is stricken and reset for 8/12/20 at 11:00 a.m. in Courtroom 1203. If Plaintiff has not yet done so, he must ensure that all named Defendants are served prior to the next court date. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.