# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Robert Raymond Briggs

                        Plaintiff,

v.                                                  Case No.: 1:19–cv–06746
                                                    Honorable John Robert Blakey

Mark T Schneid, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2020:

        MINUTE entry before the Honorable John Robert Blakey: The status hearing previously set for 8/12/20 is stricken, and the parties need not appear. Plaintiff shall file a status report on or before 8/25/20, informing the Court about the status of service. Failure to file the status report by the requisite deadline may result in a summary dismissal of the case for failure to prosecute. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.