

**FILED** DJ
8/21/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

ROBERT BRIGGS
Plaintiff,

v.

Mark Schneid, et al.

CIVIL NO. 1:19-cv-06746

Honorable John Robert Blakey

MOTION REQUESTING Rule 41. Dismissal of Actions (a) VOLUNTARY DISMISSAL. (1) By the Plaintiff. (A) Without a Court Order.

TO THE HONORABLE COURT:

Comes now, Robert Briggs, the above named (plaintiff),pro se. and respectfully informs and requests under penalty of perjury the following:
Voluntary dismissal with out prejudice Rule 41.

WHEREFORE, I declare under penalty of perjury that the information submitted in this motion is true and correct, and respectfully request the Voluntary dismissal with out prejudiced

RESPECTFULLY SUBMITTED.

In cook county, Illinois, this 21ʳᵈ day of August, 2020

*Robert Briggs*

Robert Briggs
187 N. IL Route 83
Elmhurst, IL 60126
(630-400-6500)
Bobbyray650@gmail.com